# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| **JOHN J. SCHERRER, IV,** | ] | **CASE NO. 1:08-CA-190SS** |
| Plaintiff, | ] | |
| v. | ] | **COLLECTIVE ACTION** |
| **S.J.G. CORP. d/b/a THE SALT LICK,** | ] | |
| Defendant. | ] | **JURY TRIAL DEMANDED** |

## PLAINTIFF'S AGREED MOTION TO MODIFY SCHEDULING ORDER

TO THE HONORABLE COURT:

John J. Scherrer, IV, representative Plaintiff herein (Plaintiff) files this Agreed Motion to Modify Scheduling Order as follows:

### I.
### Basis for Motion

a. The current Scheduling Order requires Plaintiff to send a written offer of settlement to Defendant by November 3, 2008. (*Docket Entry #13*) The Scheduling Order also requires Defendant to respond to Plaintiff's offer no later than November 24th. *Id*.

b. On October 21, 2008, the Court granted Plaintiff's motion to conditionally certify this case as a collective action and to send notice to the putative class members. (*Docket Entry #34*) The deadline for class members to opt in to this case is December 30, 2008. Not until the opt in period expires will the parties be in a position to make an informed decision on settlement.

c. Accordingly, Plaintiff respectfully requests the Court to extend the deadline to make his written offer of settlement to February 13, 2009; to extend Defendant's response deadline to

February 27, 2009; and for the Parties to file their ADR report to March 6, 2009. All other deadlines set forth in the Court's Scheduling Order will remain the same.

WHEREFORE, Plaintiff respectfully requests this Court to sign the accompanying order modifying the current Scheduling Order, and for such other relief, at law and in equity, both general and special, to which Plaintiff may show himself justly entitled.

Respectfully submitted,

*/s/ Robert R. Debes, Jr.*
By: _____
ROBERT R. DEBES, JR.
State Bar No. 05626150
Federal ID No. 12308
17 South Briar Hollow Lane, Suite 302
Houston, Texas 77027

**OF COUNSEL:**      Telephone: (713) 623-0900
**DEBES LAW FIRM**      Facsimile: (713) 623-0951
bdebes@debeslaw.com

RICHARD J. BURCH
State Bar No. 24001807
Federal ID No. 21615
1415 Louisiana, Suite 2125
Houston, Texas 77002

OF COUNSEL:      Telephone: (713) 877.8788
**BRUCKNER BURCH, PLLC**      Facsimile: (713) 877.8065
rburch@brucknerburch.com

**COUNSEL FOR PLAINTIFF**

## CERTIFICATE OF CONFERENCE

This is an agreed motion.

                                         */s/ Robert R. Debes, Jr.*
                                         Robert R. Debes, Jr.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument was forwarded to Defendant via ECF notification on this the 2nd day of November 2008.

                                           */s/ Robert R. Debes, Jr.*
                                         Robert R. Debes, Jr.