IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2008 NOV -7 AM 9:51
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| JOHN J. SCHERRER, IV, | ] | CASE NO. 1:08-CA-190SS |
| Plaintiff, | ] | |
| v. | ] | COLLECTIVE ACTION |
| S.J.G. CORP. d/b/a THE SALT LICK, | ] | |
| Defendant. | ] | JURY TRIAL DEMANDED |

## ORDER

Plaintiff's Agreed Motion to Modify Scheduling Order is hereby granted. Therefore, the deadline for Plaintiff to submit his written offer of settlement to Defendant is February 13, 2009; the deadline for Defendant to submit its written response is February 27, 2009; and the deadline for the Parties to file their ADR report is March 6, 2009.

Signed this 6th day of November, 2008.

Hon. Sam Sparks