UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JOHN J. SCHERRER, IV, | ] | CASE NO. 1:08-CA-190SS |
| *Plaintiffs*, | ] | |
| v. | ] | COLLECTIVE ACTION |
| S.J.G. CORP. d/b/a THE SALT LICK | ] | |
| *Defendant*. | ] | JURY TRIAL DEMANDED |

**PLAINTIFF'S DECEMBER 26, 2008 NOTICE OF FILING CONSENT**

Pursuant to 29 U.S.C. § 216(b), the following individual hereby submits a written Notice of Consent:

1. Angela Severson.

Respectfully submitted,

**BRUCKNER BURCH PLLC**

By: /S/ Richard J. Burch
_____
Richard J. (Rex) Burch
State Bar No. 24001807
1415 Louisiana St., Suite 2125
Houston, Texas 77002
Telephone: (713) 877-8788
Telecopier: (713) 877-8065

**AND**

**DEBES LAW FIRM**

Robert R. Debes, Jr.
State Bar No. 05626150
Federal ID No. 12308
17 South Briar Hollow Lane,
Suite 302
Houston, Texas 77027
Telephone: (713) 623-0900
Facsimile: (713) 623-0951

## CERTIFICATE OF CONFERENCE

This filing does not seek an order from, nor require any action by, the Court. Accordingly, no certificate of conference is required.

**/S/ Richard J. Burch**

_____
Richard J. Burch

## CERTIFICATE OF SERVICE

A copy of Plaintiff's December 26, 2008 Notice of Filing Consent was served on all parties via the Court's electronic filing system.

**/S/ Richard J. Burch**

_____
Richard J. Burch

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JOHN J. SCHERRER, IV, | § | Case No. A08CA196 SS |
| Plaintiff | § | COLLECTIVE ACTION |
| VS. | § | |
| S.L.G. CORP D/B/A THE SALT LICK, | § | |
| Defendant | § | JURY TRIAL DEMANDED |

## NOTICE OF CONSENT

I hereby consent to be a party plaintiff in this case, which is a suit to recover unpaid wages under the Fair Labor Standards Act. By doing so, I hereby designate the named plaintiff, John J. Scherrer, IV (the "Representative Plaintiff"), to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, entering into agreements with Plaintiff's counsel regarding attorneys' fees and costs, and all other matters pertaining to this lawsuit. I further understand that these decisions and agreements, made and entered into by the Representative Plaintiff, will be binding on me by virtue of my signing this consent. I also understand that, by joining this case, I will be bound by the judgment, whether it is favorable or unfavorable.

ANGELA STEVENSON
Printed Name

*/signature/*
Signature

Exhibit 1