UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| JOHN J. SCHERRER, IV, | ] | CASE NO. 1:08-CA-190SS |
|---|---|---|
| *Plaintiffs*, | ] | |
| v. | ] | COLLECTIVE ACTION |
| S.J.G. CORP. d/b/a THE SALT LICK, | ] | |
| *Defendant*. | ] | JURY TRIAL DEMANDED |

**PLAINTIFFS' DISCLOSURE OF WITNESSES & PROPOSED EXHIBITS**

**A.  Potential Witnesses:**

| First | Last | Connection to Case |
|---|---|---|
| Jill E. | Adams (a/k/a Beck) | Plaintiff |
| Jared | Ancelet | Defense Witness |
| David | Arthur | Defense Witness |
| Matthew | Batten | Plaintiff |
| Christina | Berry | Plaintiff |
| Brian | Blackman | Plaintiff |
| Gordon W. | Blake | Plaintiff |
| Chelsea | Bordovsky | Plaintiff |
| Cody | Brown | Plaintiff |
| Maria Sloane | Cormier | Plaintiff |
| Chris | Downey | Plaintiff |
| Cassandra | Hamilton | Plaintiff |
| Hillary | Hanson | Plaintiff |
| Mary | Hill | Plaintiff |
| Dyana | Hinterreiter | Plaintiff |
| Jason K. | Khawaja | Plaintiff |
| Jason | Kirchner | Defense Witness |
| Samuel | Mattord | Plaintiff |
| Jason | Maulding | Plaintiff |
| Lauren | Nolen | Plaintiff |
| Victor | Olivarez | Plaintiff |
| Richard | Pfromm | Plaintiff |
| Caitlin St. | Pierre | Plaintiff |
| Christopher | Putegnat II | Plaintiff |

| Scott | Roberts | Defense Witness |
| Jessica | Scales | Plaintiff |
| John Jacob | Scherrer | Plaintiff |
| Charles D. | Scherrer | Plaintiff |
| Angela | Severson | Plaintiff |
| Avery | Shelton | Plaintiff |
| Kyle | Stuart | Plaintiff |
| John | Thompson | Defense Witness |
| Tanner | Timmons | Plaintiff |
| Jeremy | Timmons | Plaintiff |
| Karen | Timmons | Plaintiff |
| Mara | Weber | Plaintiff |
| Miriam | Wilson | Defense Witness |

**B. Potential Exhibits.**

1. The Salt Lick Wait Staff Handbook

2. The Salt Lick Job Descriptions

3. Photos of the Salt Lick Restaurant (*See* Doc. 25)

4. Payroll Check Register Documents for Plaintiffs

5. January 4, 2008 Tip Out Memo

6. Spreadsheet Analysis of Company Payroll

**C. Testifying Experts.**

Other then on the issue of attorney's fees, Plaintiffs do not anticipate using any expert witnesses. To the extent experts of this type are required to be disclosed, Plaintiffs identify:

1. Richard J. (Rex) Burch of Bruckner Burch PLLC

2. Robert Debes of Debes Law Firm.

Both witnesses will testify as to amount of attorney's fees and costs reasonably expended in the prosecution of this action.

Respectfully submitted,

**BRUCKNER BURCH PLLC**

By: **/S/ Richard J. Burch**
_____
Richard J. (Rex) Burch
State Bar No. 24001807
1415 Louisiana St., Suite 2125
Houston, Texas 77002
Telephone: (713) 877-8788
Telecopier: (713) 877-8065

**AND**

**DEBES LAW FIRM**
Robert R. Debes, Jr.
State Bar No. 05626150
Federal ID No. 12308
17 South Briar Hollow Lane, Suite 302
Houston, Texas 77027
Telephone: (713) 623-0900
Facsimile: (713) 623-0951

**CERTIFICATE OF SERVICE**

A copy of this document was served on all parties via the Court's electronic filing system on February 2, 2009.

**/S/ Richard J. Burch**
_____
Richard J. (Rex) Burch