FILED
2009 JUN 12 PM 4:47
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
       DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| JOHN J. SCHERRER, IV, | CASE NO. 1:08-CA-190-SS |
| *Plaintiffs*, | |
| v. | COLLECTIVE ACTION |
| S.J.G. CORP. d/b/a THE SALT LICK, | |
| Defendant. | JURY TRIAL DEMANDED |

## JUDGMENT

Pursuant to Federal Rule of Civil Procedure 68, judgment is entered against Defendant S.J.G. Corp. d/b/a The Salt Lick in favor of the following Plaintiffs in the following amounts:

| Name | Amount |
|---|---|
| Adams (fka Beck), Jill | $3,231.91 |
| Batten, Matthew | $9,519.83 |
| Berry, Christina | $6,046.19 |
| Blake, Gordon William | $7,562.52 |
| Bordovsky, Chelsea | $1,634.95 |
| Brown, Cody | $5,814.59 |
| Cormier, Maria Sloane | $4,322.30 |
| Downey, Chris | $8,182.71 |
| Hamilton, Cassandra | $4,026.75 |
| Hanson, Hillary | $8,480.28 |
| Hill, Mary | $8,690.14 |
| Khawaja, Jason | $6,437.35 |
| Mattford, Samuel | $7,165.90 |
| Maulding, Jason C | $283.54 |
| McCorkle, Jonathon | $4,208.05 |
| Nolen, Lauren | $5,863.44 |
| Olivarez, Victor | $8,555.35 |
| Pfromm, Richard E | $2,346.15 |
| Putegnat, Christopher | $2,945.55 |

| Scales, Jessica | $6,611.67 |
| Scherrer, Charles | $11,440.75 |
| Scherrer, John | $7,918.83 |
| Severson, Angela | $8,269.79 |
| Shelton, Avery | $605.52 |
| St. Pierre, Caitlin | $571.58 |
| Stuart, Kyle | $6,028.49 |
| Timmons, Jeremy | $4,271.11 |
| Timmons, Karen | $9,721.60 |
| Timmons, Tanner | $1,178.21 |
| Weber, Mara | $4,956.56 |
| **Total** | **$166,891.61** |

Post-judgment interest shall accrue on all amounts awarded at the rate of 0.19%.

Plaintiffs shall submit any request for attorney's fees and costs in accordance with Local Rule CV-7(i).

All relief sought and not specifically granted herein is denied.

IT IS SO ORDERED.

SIGNED this 12th day of June, 2009.

SAM SPARKS
UNITED STATES DISTRICT JUDGE