IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JOHN J. SCHERRER, IV, | § | |
|     Plaintiff, | § | |
| | § | |
| V. | § | CASE NO. A-08-CV-190-SS |
| | § | |
| S.J.G. CORP. d/b/a THE SALT LICK, | § | |
|     Defendant. | § | |

**JOINT NOTICE REGARDING PLAINTIFF'S
APPLICATION FOR ATTORNEY'S FEES & COSTS**

Plaintiffs John J. Scherrer, et al. and Defendant, S.J.G. Corp. d/b/a The Salt Lick jointly file this Notice Regarding Plaintiff's Application for Attorney's Fees and Costs. The Parties notify the Court that the disputed issues regarding Plaintiff's Application for Attorney's Fees and Costs have been resolved by agreement. The Court need not rule on Plaintiff's Application.

Respectfully submitted,

 /s/ Richard J. Burch
Robert R. Debes, Jr.
Debes Law Firm
State Bar No. 05626150
17 South Briar Hollow Lane, Suite 302
Houston, Texas 77027
(713) 623-0900
(713) 623-0951 fax
bdebes@debeslaw.com

Richard J. Burch
State Bar No. 24001807
1415 Louisiana, Suite 2125
Houston, Texas 77002
(713) 877-8788
(713) 877-8065 fax
rburch@brucknerburch.com

COUNSEL FOR PLAINTIFFS

  /s/ Robert Chance
Bruce A. Griggs
State Bar No. 08487700
Robert Chance
State Bar No. 24036348
Ogletree Deakins Law Firm
301 Congress Avenue, Suite 1250
Austin, Texas 78701
(512) 344-4700
(512) 344-4701 Fax

ATTORNEYS FOR DEFENDANT